## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JESSICA MONTANEZ, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | Case No. 1:21-cv-00235 |
| vs. | |
| GREEN PEAK INDUSTRIES LLC d/b/a SKYMINT, | |
| *Defendant*. _____/ | |

## **JOINT STIPULATION OF DISMISSAL**

Plaintiff, Jessica Montanez, and Defendant, Green Peak Industries LLC d/b/a Skymint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Jessica Montanez, individually, are hereby dismissed without prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: July 7, 2021

Respectfully Submitted,

| | |
|---|---|
| **Shamis & Gentile, P.A.** | By: */s/ Robert W. O'Brien* |
| /s/ Andrew J. Shamis | Robert W. O'Brien, Esq. |
| Andrew J. Shamis, Esq. | State Bar No. P59127 |
| Florida Bar No. 101754 | obrienr@millerjohnson.com |
| ashamis@shamisgentile.com | **MILLER JOHNSON** |
| 14 NE 1st Avenue, Suite 705 | 45 Ottawa Avenue, SW- Suite 1100 |
| Miami, FL 33132 | Grand Rapids, MI 49503 |
| Telephone: 305-479-2299 | Telephone: (616) 831-1700 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                              **SHAMIS & GENTILE, P.A.**
                              14 NE 1st Ave., Suite 705
                              Miami, FL 33132
                              Telephone (305) 479-2299
                              Facsimile (786) 623-0915
                              Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
           Andrew J. Shamis, Esq.
           Florida Bar # 101754

*Attorneys for Plaintiff*